IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

SOMA PETERSON, an individual,

      Plaintiff,

    v.

ONE COMMUNITY HEALTH,
a corporation,

      Defendant.

Case No. 3:23-cv-01520-YY

ORDER

**BAGGIO, District Judge:**

Magistrate Judge Youlee Yim You issued a Findings and Recommendation on February 17, 2026, in which she recommends that this Court grant Defendant One Community Health's Motion for Summary Judgment. F&R, ECF No. 48. The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

Plaintiff Soma Peterson filed timely objections to the Magistrate Judge's Findings and Recommendation. Pl.'s Obj., ECF No. 50. When any party objects to any portion of the Magistrate Judge's Findings and Recommendation, the district court must make a *de novo*

1 – ORDER

determination of that portion of the Magistrate Judge's report. 28 U.S.C. § 636(b)(1); *Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

The Court has carefully considered Plaintiff's objections and concludes that there is no basis to modify the Findings and Recommendation. The Court has also reviewed the pertinent portions of the record *de novo* and finds no error in the Magistrate Judge's Findings and Recommendation.

## CONCLUSION

The Court ADOPTS Magistrate Judge You's Findings and Recommendation [48]. Therefore, Defendant's Motion for Summary Judgment [32] is GRANTED.

IT IS SO ORDERED.

DATED this __18th__ day of June, 2026.

_____
AMY M. BAGGIO
United States District Judge

2 – ORDER